IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02235-PAB-SBP

ENERGY ENVIRONMENTAL CORPORATION, a Colorado corporation,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, ACTING BY AND THROUGH ITS BOARD OF WATER COMMISSIONERS a/k/a Denver Water,

    Defendant.

---

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    The matter before the Court is the Notice of Voluntary Dismissal with Prejudice. [Docket No. 108].

    Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that the "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendant City and County of Denver has not served an answer or a motion for summary judgment. Furthermore, "[u]nless the notice or stipulation states otherwise, the dismissal is without prejudice." Fed. R. Civ. P. 41(a)(1)(B). Here, plaintiff Energy Environmental Corporation voluntarily dismisses this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice. Docket No. 108 at 1.

    It is therefore

    **ORDERED** that plaintiff's Notice of Voluntary Dismissal with Prejudice [Docket No. 108] is deemed effective as a means of dismissing this action with prejudice. It is further

    **ORDERED** that this case is closed.

    DATED April 8, 2024.